## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**In re: Lumber Liquidators Flooring Products Marketing and Sales Practices Litigation**

**MDL No.**_____

## SCHEDULE OF ACTIONS

Pursuant to Rule 6.1(b)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs Shelly Conte, Mark Reyes, and Daniel Tacktill provide the following Schedule of Actions:

|  | **Complete Name** | **Civil Action No.** | **District and Division** | **Judge Assigned** |
|---|---|---|---|---|
| 1. | SHELLY CONTE, MARK REYES, DANIEL TACKTILL, on behalf of themselves, all others similarly situated and the general public, Plaintiffs, v. LUMBER LIQUIDATORS, INC., a Delaware Corporation; LUMBER LIQUIDATORS HOLDINGS, INC., a Delaware Corporation, Defendants. | 3:15-cv-01012-JST | United States District Court for the Northern District of California, San Francisco Division | Hon. Judge Jon S. Tigar |

|   | **Complete Name** | **Civil Action No.** | **District and Division** | **Judge Assigned** |
|---|---|---|---|---|
| 2. | JOSEPH MICHAEL BALERO, MICHAEL BALLERINI, AND LISA MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation, and DOES ONE through TEN inclusive,<br><br>Defendants. | 4:15-cv-01005-EMC | United States District Court for the Northern District of California, Oakland Division | Hon. Magistrate Judge Edward M. Chen |
| 3. | JOAQUIN F. BADIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC., a Delaware Corporation, LUMBER LIQUIDATORS LEASING, LLC, a Delaware Limited Liability Corporation, LUMBER LIQUIDATORS HOLDINGS, INC.; a Delaware Corporation, LUMBER LIQUIDATORS SERVICES, LLC, a Delaware Limited Liability Corporation,<br><br>Defendants. | 1:15-cv-20876-RNS | United States District Court for the Southern District of Florida, Miami Division | Hon. Judge Robert N. Scola, Jr. |

|   | **Complete Name** | **Civil Action No.** | **District and Division** | **Judge Assigned** |
|---|---|---|---|---|
| 4. | MICHAEL CAIOLA, Individually and on Behalf of all others Similarly Situated, Plaintiff, v. LUMBER LIQUIDATORS, INC., a Delaware Corporation, LUMBER LIQUIDATORS LEASING, LLC, a Delaware Limited Liability Corporation, LUMBER LIQUIDATORS HOLDINGS, INC.; a Delaware Corporation, LUMBER LIQUIDATORS SERVICES, LLC, a Delaware Limited Liability Corporation, Defendants. | 4:15-cv-00037-BR | United States District Court for the Eastern District of North Carolina, Eastern Division | Hon. Judge W. Earl Britt |
| 5. | SARAH BLOOMFIELD, Individually and on behalf of all others similarly situated, Plaintiff, v. LUMBER LIQUIDATORS, INC., a Delaware Corporation, LUMBER LIQUIDATORS LEASING, LLC, a Delaware Limited Liability Corporation, LUMBER LIQUIDATORS HOLDINGS, INC.; a Delaware Corporation, LUMBER LIQUIDATORS SERVICES, LLC, a Delaware Limited Liability Corporation, Defendants. | 1:15-cv-01956 | United States District Court for the Northern District of Illinois, Eastern Division | Hon. Judge Sharon Johnson Coleman |

|    | **Complete Name** | **Civil Action No.** | **District and Division** | **Judge Assigned** |
|----|-------------------|----------------------|---------------------------|--------------------|
| 6. | HARVEY HURD and MELINDA HURD, husband and wife, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware Corporation,<br><br>Defendant. | 5:15-cv-00424-JGB-SP | United States District Court for the Central District of California, Eastern Division | Hon. Judge Jesus G. Bernal |
| 7. | JOHN TYRRELL and TRACIE-LINN TYRRELL, husband and wife, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation,<br><br>Defendant. | 2:15-cv-01615-JFW-PLA | United States District Court for the Central District of California, Western Division | Hon. Judge John F. Walter |

|    | **Complete Name** | **Civil Action No.** | **District and Division** | **Judge Assigned** |
|----|-------------------|----------------------|---------------------------|--------------------|
| 8. | RICKIE MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1. LUMBER LIQUIDATORS, INC. a Delaware corporation,<br>2. LUMBER LIQUIDATORS LEASING, LLC, a Delaware limited liability corporation,<br>3. LUMBER LIQUIDATORS HOLDING, INC., a Delaware corporation, and<br>4. LUMBER LIQUIDATORS SERVICES, LLC, a Delaware limited liability corporation,<br><br>Defendants. | 5:15-cv-00233-C | United States District Court for the Western District of Oklahoma | Hon. Judge Robin J. Cauthron |
| 9. | KERRY CONSTATINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC. a Delaware Corporation, LUMBER LIQUIDATORS LEASING, LLC., a Delaware Limited Liability Corporation, LUMBER LIQUIDATORS HOLDINGS, INC,; a Delaware Corporation, LUMBER LIQUIDATORS SERVICES, LLC, a Delaware Limited Liability Corporation,<br><br>Defendants. | 4:15-cv-00130-RH-CAS | United States District Court for the Northern District of Florida, Tallahassee Division | Hon. Judge Robert L. Hinkle |

|     | **Complete Name** | **Civil Action No.** | **District and Division** | **Judge Assigned** |
| --- | --- | --- | --- | --- |
| 10. | RUSSELL EZOVSKI, DEVONNE BOWLING, and ROBERT SMITH, individually and on behalf of all others similarly situated, <br><br>Plaintiffs, <br><br>vs. <br><br>LUMBER LIQUIDATORS, INC., LUMBER LIQUIDATORS HOLDINGS, INC, LUMBER LIQUIDATORS LEASING, LLC., LUMBER LIQUIDATORS SERVICES, LLC, <br><br>Defendants. | 4:15-cv-01074-PSG | United States District Court for the Northern District of California, San Francisco Division | Hon. Magistrate Judge Paul Singh Grewal |