# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

**In re: Lumber Liquidators Flooring Products Marketing and Sales Practices Litigation**

    MDL-_____

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Motion and Motion, Memorandum in Support of Motion, Schedule of Actions, Exhibits 1-10 in Support of Motion, and this Certificate of Service were served by E-Mail through the ECF system or by First Class Mail as indicated below on the 9th day of March, 2015 to the following:

<u>Clerks of Court (by U.S. Mail)</u>

Richard W. Weiking,
Clerk of Court.
United States District Court Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Steven M. Larimore
Clerk of Court.
United States District Court Southern District of Florida
400 North Miami Avenue
Miami FL, 33128

Julie Richards Johnston
Clerk of Court
PO Box 25670
Raleigh, NC 27611

Thomas G. Bruton
Clerk of Court
United States District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Terry Nafisi,
Clerk of Court.
United States District Court Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

Carmelita Reeder Shinn
Clerk of Court
United States District Court Western District of Oklahoma
200 NW 4th Street
Oklahoma City, OK 73102

Jessica J. Lyublanovits
Clerk of Court
United States District Court Northern District of Florida-Tallahassee Division
111 N. Adams St.
Tallahassee, Florida 32301-7730

Defendant Lumber Liquidators, Inc. (By U.S. Mail)

Lumber Liquidators, Inc.
c/o Corporation Service Company
Agent for Service of Process
2710 Gateway Oaks Drive Ste. 150N
Sacramento, CA 95833

Defendant Lumber Liquidators Holdings, Inc. (By U.S. Mail)

Lumber Liquidators Holdings, Inc.
c/o Corporation Service Company
2711 Centerville Road Ste. 400
Wilmington, DE 19808

Defendant Lumber Liquidators Leasing, LLC. (By U.S. Mail)

Lumber Liquidators Leasing, LLC.
c/o Corporation Service Company
2711 Centerville Road Ste. 400
Wilmington, DE 19808

Defendant Lumber Liquidators Services, LLC. (By U.S. Mail)

Lumber Liquidators Leasing, LLC.
c/o Corporation Service Company
2711 Centerville Road Ste. 400

Wilmington, DE 19808

Counsel for Plaintiffs (By ECF Email Notification)

- *Bolero et al. v. Lumber Liquidators, Inc.*, No. 4:15-cv-01005-DMR

Andrew Paul Lee
Goldstein, Borgen, Dardarian & Ho
300 Lakeside Dr., Ste. 1000
Oakland, CA 94612
(510) 7639800
Fax: (510) 8351417
Email: alee@gbdhlegal.com

- *Badias v. Lumber Liquidators, Inc. et al.*, No. 1:15-cv-20876-RNS (S.D. Fla.)

Ronald Peter Weil
Ronald Weil PA
200 S Biscayne Boulevard
Wachovia Financial Center Suite 900
Miami, FL 33131
3053725352
Fax: 3053725355
Email: Ronald@wqmlaw.net

- *Caiola v. Lumber Liquidators, Inc.,et al.* No. 4:15-cv-00037 (E.D. N.C.)

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan St.
Raleigh, NC 27603
9196005000
Fax: 9196005035
Email: dan@wbmllp.com

- *Bloomfield v. Lumber Liquidators, Inc. et al.*, No. 1:15-cv-01956 (N.D. Ill.).

Michael W. Duffy
Childress Duffy, Ltd.
500 North Dearborn Street
Suite 1200
Chicago, IL 60654
(312) 4940200
Fax: 3124940202
Email: mduffy@childresslawyers.com

- *Hurd et al. v. Lumber Liquidators, Inc.*, No. 5:15-cv-00424 (C.D. Cal.)

Daniel S Robinson
Robinson Calcagnie Robinson Shapiro
Davis Inc
19 Corporate Plaza Drive
Newport Beach, CA 92660
9497201288
Fax: 9497201292
Email: drobinson@rcrlaw.net

- *Tyrrell et al. v. Lumber Liquidators, Inc.*, No. 2:15-cv-01615 (C.D. Cal.)

Ari Brown
Hagens Berman Sobol Shapiro LLP
1918 Eight Avenue Suite 3300
Seattle, WA 98101
2066237292
Fax: 2066230594
Email: ari@hbsslaw.com

- *Martin v. Lumber Liquidators, Inc. et al.,* No. 5:15-cv-00233-C (W.D. Okla.)

Fletcher D Handley , Jr
Fogg Fogg & Handley
P O Box 310
421 S Rock Island
El Reno, OK 73036
4052623502
Fax: 4052623531
Email: fdh@handleylaw.com

- *Constatine v. Lumber Liquidators, Inc. et al.,* No. 4:15-cv-00130-RH-CAS (N.D. Fla.).

PHILLIP TIMOTHY HOWARD
HOWARD & ASSOCIATES PA TALLAHASSEE
FL
2120 KILLARNEY WAY
STE 125
TALLAHASSEE, FL 32309
8502984455
Fax: 8502162537
Email: tim@howardjustice.com

- *Ezovski et al. v. Lumber Liquidators, Inc. et al.,* No. 4:15-cv-01074-PSG (N.D. Cal.).

Daniel C. Girard (State Bar No. 114826)
Eric H. Gibbs (State Bar No. 178658)
Adam E. Polk (State Bar No. 273000)
Steve A. Lopez (State Bar No. 300540)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com
Email: aep@girardgibbs.com
Email: ehg@girardgibbs.com

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Respectfully Submitted,

Dated: March 9, 2015

*/s/ Mike Houchin*____
By: Mike Houchin
**LAW OFFICES OF RONALD A. MARRON, APLC**
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665