BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____
IN RE: LUMBER LIQUIDATORS FLOORING  :   MDL NO. 2627
PRODUCTS MARKETING & SALES          :
PRACTICES LITIGATION                :
_____

## NOTICE OF RELATED ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Meri Pinelli writes to notify you of the related action listed on the attached Schedule of Action.

A docket sheet and complaint is attached.

March 11, 2015                                     Respectfully Submitted

**Becnel Law Firm, LLC**
By: /s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.(2926)
P.O. Drawer H
Reserve, LA 70084
Telephone: 985.536.1186
Facsimile: 985.536.6446
dbecnel@becnellaw.com

Counsel for Plaintiff, Meri Pinelli