BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

―――――――――――――――――――――――――――
                                                                :
IN RE:  LUMBER LIQUIDATORS CHINESE-
MANUFACTURED FLOORING PRODUCTS                  MDL DOCKET NO: **2627**
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
―――――――――――――――――――――――――――:

## NOTICE OF RELATED ACTION

The undersigned counsel for Plaintiff, Angela Della Universita, in the action styled, *Angela Della Universita, et al. v. Lumber Liquidators, Inc., et al.,* Case No. 3:15-cv-01678-PGS-LHG, U.S.D.C., District of New Jersey, hereby provides the Panel with notice of a Complaint that has been filed in the United States District Court for the District of New Jersey:

> *Angela Della Universita, et al. v. Lumber Liquidators, Inc., et al*
> Case No. 3:15-cv-01678-PGS-LHG          Filed: 3/06/2015
> United States District Court for the District of New Jersey
> Hon. Peter G. Sheridan, U.S.D.J.

A true and correct copy of the docket sheet as of this date and Complaint in *Universita* are attached hereto as Exhibit "A."  This action shares common questions of fact with the other actions that are the subject of the MDL No. 2627 proceedings.

**Dated:**  March 16, 2015                     Respectfully submitted,

                                By:     /s/ Jordan L. Chaikin
                                        Jordan L. Chaikin
                                        Florida Bar Number 0878421
                                        **PARKER WAICHMAN LLP**
                                        27300 Riverview Center Blvd., Suite 103
                                        Bonita Springs, Florida 34134
                                        Telephone: (239) 390-1000
                                        Facsimile: (239) 390-0055
                                        Email: jchaikin@yourlawyer.com

                                        *Counsel for Plaintiff Angela Della Universita*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Related Action has been electronically filed with the Judicial Panel on Multidistrict Litigation (JPML) this 16th day of March 2015, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By:    /s/ Jordan L. Chaikin
Jordan L. Chaikin
Florida Bar Number 0878421
**PARKER WAICHMAN LLP**
27300 Riverview Center Blvd., Suite 103
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: jchaikin@yourlawyer.com

*Counsel for Plaintiff Angela Della Universita*