**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2627 |

**NOTICE OF RELATED CASE**

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, Plaintiffs Lisa Deutsch and Jamie Deutsch ("Plaintiffs"), individually and on behalf of a class of those similarly situated, by and through counsel, hereby notify the Clerk of the Panel of the related action listed on the attached Schedule of Actions.

Plaintiffs filed a related case captioned *Deutsch et al. v. Lumber Liquidators Holdings, Inc., et al.*, Case No. 2:15-cv-01978, on March 17, 2015 in the United States District Court for the Central District of California. The docket entry and Complaint are attached as Exhibit A.

Dated: March 18, 2015          **COTCHETT, PITRE & McCARTHY, LLP**

                               */s/ Matthew K. Edling*
                               MATTHEW. K. EDLING
                               *Attorneys for Plaintiff*

                               MATTHEW K. EDLING (Cal. SBN 250940)
                               medling@cpmlegal.com
                               **COTCHETT, PITRE & McCARTHY, LLP**
                               San Francisco Airport Office Center
                               840 Malcolm Road
                               Burlingame, CA 94010
                               Telephone: (650) 697-6000
                               Facsimile: (650) 697-0577

                               *Attorneys for Plaintiffs Lisa Deutsch and Jamie*

*Deutsch, individually and on behalf of a class of those similarly situated*