BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | MDL NO. 2627 |
|---|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | | |

SCHEDULE OF ACTIONS

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Lisa Deutsch and Jamie Deutsch | Lumber Liquidators Holdings, Inc. and Lumber Liquidators, Inc. | Central District of California | 2:15-cv-01978 | Hon. George H. Wu |

Dated: March 18, 2015

COTCHETT, PITRE & McCARTHY, LLP

*/s/ Matthew K. Edling*
MATTHEW. K. EDLING
*Attorneys for Plaintiff*

MATTHEW K. EDLING (Cal. SBN 250940)
medling@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs Lisa Deutsch and Jamie Deutsch, individually and on behalf of a class of those similarly situated*