**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2627** |

**PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel for Multidistrict Litigation, the undersigned hereby certifies that a copy of the **NOTICE**

**OF APPEARANCE** was served on all parties in the following cases electronically via CF/ECF,

or as indicated below, on March 19, 2015:

| ATTORNEY/SERVICE | PARTY/ CASE |
|---|---|
| **Via ECF**<br>Andrew Paul Lee<br>Goldstein, Borgen, Dardarian & Ho<br>300 Lakeside Dr., Ste. 1000<br>Oakland, CA 94612<br>(510) 7639800<br>Fax: (510) 8351417<br>Email: alee@gbdhlegal.com | Counsel for Plaintiffs<br><br>*Bolero et al. v. Lumber Liquidators, Inc.,*<br>No. 4:15-cv-01005-DMR |
| **Via ECF**<br>Ronald Peter Weil<br>Ronald Weil PA<br>200 S Biscayne Boulevard<br>Wachovia Financial Center Suite 900<br>Miami, FL 33131<br>3053725352<br>Fax: 3053725355<br>Email: Ronald@wqmlaw.net | Counsel for Plaintiff<br><br>*Badias v. Lumber Liquidators, Inc. et al.,*<br>No. 1:15-cv-20876-RNS (S.D. Fla.) |
| **Via ECF**<br>Daniel K. Bryson<br>Whitfield, Bryson & Mason, LLP<br>900 W. Morgan St. | Counsel for Plaintiff<br><br>*Caiola v. Lumber Liquidators, Inc.,et al.*<br>No. 4:15-cv-00037 (E.D. N.C.) |

| ATTORNEY/SERVICE | PARTY/ CASE |
|---|---|
| Raleigh, NC 27603<br>9196005000<br>Fax: 9196005035<br>Email: dan@wbmllp.com | |
| **Via ECF**<br>Michael W. Duffy<br>Childress Duffy, Ltd.<br>500 North Dearborn Street<br>Suite 1200<br>Chicago, IL 60654<br>(312) 4940200<br>Fax: 3124940202<br>Email: mduffy@childresslawyers.com | Counsel for Plaintiff<br><br>*Bloomfield v. Lumber Liquidators, Inc. et al.*, No. 1:15-cv-01956 (N.D. Ill.) |
| **Via ECF**<br>Daniel S Robinson<br>Robinson Calcagnie Robinson Shapiro Davis Inc<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>9497201288<br>Fax: 9497201292<br>Email: drobinson@rcrlaw.net | Counsel for Plaintiff<br><br>*Hurd et al. v. Lumber Liquidators, Inc.*, No. 5:15-cv-00424 (C.D. Cal.) |
| **Via ECF**<br>Ari Brown<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eight Avenue Suite 3300<br>Seattle, WA 98101<br>2066237292<br>Fax: 2066230594<br>Email: ari@hbsslaw.com | Counsel for Plaintiff<br><br>*Tyrrell et al. v. Lumber Liquidators, Inc.*, No. 2:15-cv-01615 (C.D. Cal.) |
| **Via ECF**<br>Fletcher D Handley , Jr<br>Fogg Fogg & Handley<br>P O Box 310<br>421 S Rock Island<br>El Reno, OK 73036<br>4052623502<br>Fax: 4052623531<br>Email: fdh@handleylaw.com | Counsel for Plaintiff<br><br>*Martin v. Lumber Liquidators, Inc. et al.*, No. 5:15-cv-00233-C (W.D. Okla.) |
| **Via ECF**<br>Phillip Timothy<br>Howard Howard & Associates, PA<br>2120 Killarney Way, Ste. 125<br>Tallahassee, FL 32309<br>Ph.: (850) 298-4455<br>Fax: (850) 216-2537 | Counsel for Plaintiff<br><br>*Constatine v. Lumber Liquidators, Inc. et al.,* No. 4:15-cv-00130-RH-CAS (N.D. Fla.) |

| ATTORNEY/SERVICE | PARTY/ CASE |
|---|---|
| Email: tim@howardjustice.com | |
| **Via ECF**<br>Daniel C. Girard (State Bar No. 114826)<br>Eric H. Gibbs (State Bar No. 178658)<br>Adam E. Polk (State Bar No. 273000)<br>Steve A. Lopez (State Bar No. 300540)<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>Email: dcg@girardgibbs.com<br>Email: aep@girardgibbs.com<br>Email: ehg@girardgibbs.com | Counsel for Plaintiff<br><br>*Ezovski et al. v. Lumber Liquidators, Inc. et al.,* No. 4:15-cv-01074-PSG (N.D. Cal.). |
| **Via ECF**<br>Ronald A. Marron<br>Ronald A. Marron, APLC<br>651 Arroyo Drive<br> San Diego, CA 92103<br>Ph.: (619) 696-9006<br>Fax: (619) 564-6665 | Counsel for Plaintiff<br><br>*Conte, et al. v. Lumber Liquidators, Inc., et al.,* No. 3:2015-cv-01012 (N.D. Cal.) |
| **Via ECF**<br>Daniel E. Becnel, Jr.<br>Becnel Law Firm, LLC<br>P.O. Drawer H<br>Reserve, LA 70084<br>Ph.: (985) 536-1186<br>Fax: (985) 536-6446<br>Email: dbecnel@becnellaw.com | Counsel for Plaintiff<br><br>*Pinelli v. Lumber Liquidators, Inc.,* No. 2:2015-cv-00780 (E.D. La.) |
| **Via ECF**<br>Dean Noboru Kawamoto<br>Keller Rohrback LLP<br>1201 3rd Ave., Ste. 3200<br>Seattle, WA 98101<br>Ph.: (206) 623-1900<br>Fax: (206) 623-3384<br>Email: dkawamoto@kellerrohrback.com | Counsel for Plaintiff<br><br>*Coats, et al. v. Lumber Liquidators, Inc., et al.,* No. 2:2015-cv-00515 (E.D. Cal.) |
| **Via ECF**<br>Jordan L. Chaikin<br>PARKER WAICHMAN LLP<br>27300 Riverview Center Blvd., Suite 103<br>Bonita Springs, Florida 34134<br>Telephone: (239) 390-1000<br>Facsimile: (239) 390-0055<br>Email: jchaikin@yourlawyer.com | Counsel for Plaintiff<br><br>*Angela Della Universita, et al. v. Lumber Liquidators, Inc., et al,* No. 3:15-cv-01678-PSG-LHG (Dist. of New Jersey) |

| ATTORNEY/SERVICE | PARTY/ CASE |
|---|---|
| **Via US MAIL**<br>Lumber Liquidators Holdings, Inc., a Delaware Corporation<br>c/o Registered Agent<br>Corporation Service Company<br>1111 East Main Street<br>Richmond, VA 23219 | Defendant |
| **Via US MAIL**<br>Lumber Liquidators, Inc., a Delaware Corporation<br>c/o Registered Agent<br>Corporation Service Co.<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | Defendant |

Dated:  March 19, 2015                                    **COTCHETT, PITRE & McCARTHY, LLP**

                                                          */s/ Matthew K. Edling*
                                                          MATTHEW. K. EDLING
                                                          *Attorneys for Plaintiff*

                                                          MATTHEW K. EDLING (Cal. SBN 250940)
                                                          medling@cpmlegal.com
                                                          **COTCHETT, PITRE & McCARTHY, LLP**
                                                          San Francisco Airport Office Center
                                                          840 Malcolm Road
                                                          Burlingame, CA 94010
                                                          Telephone: (650) 697-6000
                                                          Facsimile: (650) 697-0577

                                                          *Attorneys for Plaintiffs Lisa Deutsch and Jamie Deutsch, individually and on behalf of a class of those similarly situated*