BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS | ) ) ) ) | MDL No. 2627<br><br>No. 1:15-cv-21015-MGC (SDFL) |

**PLAINTIFF'S NOTICE OF RELATED ACTIONS**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff, Lynn Marino hereby gives notice to the Clerk of the Judicial Panel on Multidistrict Litigation of the following related action:

*Marino v. Lumber Liquidators, et al,* United States District Court for the Southern District of Florida, Case No. 1:15-cv-21015-MGC.

Dated this 20th day of March, 2015.

                Respectfully submitted,

                /s/ *John A. Yanchunis*_____
                John A. Yanchunis (FL Bar No. 324681)
                Rachel Soffin (FL Bar No. 0018054)
                Jonathan B. Cohen (FL Bar No. 0027620)
                **MORGAN & MORGAN**
                **COMPLEX LITIGATION GROUP**
                201 N. Franklin St., 7th Floor
                Tampa, FL 33602
                Telephone: (813) 223-5505
                Facsimile: (813) 222-2434
                jyanchunis@forthepeople.com
                rsoffin@forthepeople.com
                jcohen@forthepeople.com

                Joel R. Rhine (NC Bar No. 16028)
                **RHINE LAW FIRM, P.C.**
                1612 Military Cutoff Road, Suite 300
                Wilmington, NC 28403
                Telephone: (910) 772-9960

Facsimile: (910) 772-9062
Email: jrr@rhinelawfirm.com
Jonathan Shub (PA Bar No. 53965)

**SEEGER WEISS LLP**
1515 Market Street
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029
jshub@seegerweiss.com
Raymond P. Boucher (CA Bar No. 115364)
Shehnaz M. Bhujwala (CA Bar No. 223484)

**BOUCHER LLP**
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367
Telephone: (818) 340-5400
Facsimile: (818) 340-5401
ray@boucher.la
bhujwala@boucher.la

*Attorneys for Plaintiff*