**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: LUMBER LIQUIDATORS    )    MDL No. 2627
CHINESE-MANUFACTURED          )
FLOORING PRODUCTS MARKETING,  )
SALES PRACTICES AND PRODUCTS  )

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>Lynn Marino<br><br>Defendant:<br>Lumber Liquidators, Inc.; Lumber Liquidators Leasing, LLC; Lumber Liquidators Holdings, Inc.; Lumber Liquidators Services, LLC | S.D. Florida | 1:15-cv-21015-MGC | Judge Marcia G. Cooke |