BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS | ) ) ) )   MDL No. 2627 |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Notice of Related Actions, Schedule of Actions and this Certificate of Service was served by E-Mail or First Class Mail on the 20th day of March, 2015 to the following:

| | |
|---|---|
| Richard W. Weiking<br>Clerk of the Court<br>U.S. District Court, N.D. of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Carmelita Reeder Shinn<br>Clerk of Court<br>United States District Court Western District of Oklahoma<br>200 NW 4th Street<br>Oklahoma City, OK 73102 |
| Marianne Matherly<br>Clerk of Court<br>U.S. District Court, E.D. of California<br>ROBERT T. MATSUI FEDERAL COURTHOUSE<br>501 I Street, Room 4-200<br>Sacramento, CA 95814 | Terry Nafisi<br>Clerk of the Court<br>U.S. District Court, C.D. of California<br>312 N. Spring Street<br>Los Angeles, CA 90012-4701 |
| William Blevins<br>Clerk of the Court<br>United States District Court, E.D. of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 | Jessica J. Lyublanovits<br>Clerk of the Court<br>U.S. District Court, N.D. of Florida<br>111 N. Adams St.<br>Tallahassee, FL 32301 |
| William T. Walsh<br>Clerk of the Court<br>U.S. District Court, District of New Jersey<br>402 East State Street Room 2020<br>Trenton, NJ 08608 | Thomas G. Bruton<br>Clerk of the Court<br>U.S. District Court, N.D. of Illinois<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
| Steven M. Larimore<br>Clerk of the Court<br>U.S. District Court, S.D. of Florida<br>400 N. Miami Ave., 8th Floor South<br>Miami, FL 33128 | Julie Richards Johnston<br>Clerk of Court<br>PO Box 25670<br>Raleigh, NC 27611 |

**Defendants**

| | |
|---|---|
| Lumber Liquidators, Inc.<br>c/o Corporation Service Company<br>Agent for Service of Process<br>2710 Gateway Oaks Drive Ste. 150N<br>Sacramento, CA 95833 | Lumber Liquidators Holdings, Inc.<br>c/o Corporation Service Company<br>2711 Centerville Road Ste. 400<br>Wilmington, DE 19808 |
| Lumber Liquidators Leasing, LLC.<br>c/o Corporation Service Company<br>2711 Centerville Road Ste. 400<br>Wilmington, DE 19808 | Lumber Liquidators Leasing, LLC.<br>c/o Corporation Service Company<br>2711 Centerville Road Ste. 400<br>Wilmington, DE 19808 |

**Counsel for Plaintiffs**

| | |
|---|---|
| Andrew Paul Lee<br>Goldstein, Borgen, Dardarian & Ho<br>300 Lakeside Dr., Ste. 1000<br>Oakland, CA 94612<br>(510) 7639800<br>Fax: (510) 8351417<br>alee@gbdhlegal.com<br><br>*Balero et al. v. Lumber Liquidators, Inc.* | Ronald Peter Weil<br>Ronald Weil PA<br>200 S Biscayne Boulevard<br>Wachovia Financial Center Suite 900<br>Miami, FL 33131<br>(305) 372-5352<br>Fax: (305) 372-5355<br>Ronald@wqmlaw.net<br><br>*Badias v. Lumber Liquidators, Inc. et al.* |
| Daniel K. Bryson<br>Whitfield, Bryson & Mason, LLP<br>900 W. Morgan St.<br>Raleigh, NC 27603<br>(919) 600-5000<br>Fax: (919) 600-5035<br>dan@wbmllp.com<br><br>*Caiola v. Lumber Liquidators, Inc.,et al.* | Michael W. Duffy<br>Childress Duffy, Ltd.<br>500 North Dearborn Street<br>Suite 1200<br>Chicago, IL 60654<br>(312) 4940200<br>Fax: (312) 494-0202<br>mduffy@childresslawyers.com<br><br>*Bloomfield v. Lumber Liquidators, Inc. et al.* |
| Daniel S Robinson<br>Robinson Calcagnie Robinson Shapiro Davis Inc<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>(949) 720-1288<br>Fax: (949) 720-1292<br>drobinson@rcrlaw.net<br><br>*Hurd et al. v. Lumber Liquidators, Inc.* | Ari Brown<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eight Avenue Suite 3300<br>Seattle, WA 98101<br>(206) 623-7292<br>Fax: (206) 623-0594<br>ari@hbsslaw.com<br><br>*Tyrrell et al. v. Lumber Liquidators, Inc.* |

| | |
|---|---|
| Fletcher D Handley, Jr<br>Fogg Fogg & Handley<br>P O Box 310<br>421 S Rock Island<br>El Reno, OK 73036<br>(405) 262-3502<br>Fax: (405) 262-3531<br>fdh@handleylaw.com<br><br>*Martin v. Lumber Liquidators, Inc. et al.* | Phillip Timothy Howard<br>Howard & Associates PA<br>2120 Killarney Way, STE 125<br>Tallahassee, FL 32309<br>(850) 298-4455<br>Fax: (850) 216-2537<br>tim@howardjustice.com<br><br>*Constatine v. Lumber Liquidators, Inc. et al.* |
| Daniel C. Girard (State Bar No. 114826)<br>Eric H. Gibbs (State Bar No. 178658)<br>Adam E. Polk (State Bar No. 273000)<br>Steve A. Lopez (State Bar No. 300540)<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>dcg@girardgibbs.com<br>aep@girardgibbs.com<br>ehg@girardgibbs.com<br><br>*Ezovski et al. v. Lumber Liquidators, Inc. et al.* | Joyce Chang<br>Matthew K. Edling<br>Nancy Leavitt Fineman<br>Cotchett Pitre and McCarthy LLP<br>840 Malcolm Road Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>(650) 697-0577 (fax)<br>jchang@cpmlegal.com<br>medling@cpmlegal.com<br>nfineman@cpmlegal.com<br><br>*Deutsch, et al. v. Lumber Liquidators* |
| Dean Noburu Kawamoto<br>Khesraw Karmand<br>Daniel P. Mensher, PHV<br>Gretchen F. Cappio<br>Lynn Lincoln Sarko<br>Matthew J. Preusch<br>Keller Rohrback LLP<br>1201 Third Avenue<br>Suite 3200<br>Seattle, WA 98101<br>(206) 623-1900<br>Fax: (206) 623-3384<br>dkawamoto@kellerrohrback.com<br><br>*Coats et al v. Lumber Liquidators, Inc., et al* | Christopher D Edgington<br>Don A Ernst<br>M Taylor Ernst<br>Ernst Law Group<br>1020 Palm St<br>San Luis Obispo, CA 93401<br>(805) 541-0300<br>(805) 541-5168 (fax)<br>ce@ernstlawgroup.com<br>de@ernstlawgroup.com<br>te@ernstlawgroup.com<br><br>*Deutsch, et al. v. Lumber Liquidators* |

| | |
|---|---|
| Ronald A. Marron<br>LAW OFFICES OF RONALD A MARRON APLC<br>WinmatsConversion6<br>651 Arroyo Drive<br>San Diego, CA 92103<br>(619) 696-9006<br>(619) 564-6665 (fax)<br>ron@consumersadvocates.com<br><br>*Conte et al. v. Lumber Liquidators, Inc.* | Beatrice Skye Resendes<br>Law Offices of Ronald A. Marron, APLC<br>651 Arroyo Drive<br>San Diego, CA 92103<br>(619) 696-9006<br>(619) 564-6665 (fax)<br>skye@consumersadvocates.com<br><br>*Conte et al. v. Lumber Liquidators, Inc.* |
| Daniel E. Becnel, Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>P.O. Drawer H<br>106 West 7th Street<br>Reserve, LA 70084<br>(985) 536-1186<br>(985) 536-6445 FAX (fax)<br>dbecnel@becnellaw.com<br><br>*Pinelli v. Lumber Liquidators, Inc.* | Jordan Lucas Chaikin<br>Melanie H. Muhlstock<br>Parker Waichman LLP<br>3301 Bonita Beach Road, Suite 101<br>Bonita Springs, FL 34134<br>(239) 390-1000<br>(239) 390-0055 (fax)<br>jchaikin@yourlawyer.com<br>mmuhlstock@yourlawyer.com<br><br>*Universita v. Lumber Liquidators, Inc.* |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 20, 2015.

      /s/ /s/*John A. Yanchunis*_____
John A. Yanchunis (FL Bar No. 324681)
Rachel Soffin (FL Bar No. 0018054)
Jonathan B. Cohen (FL Bar No. 0027620)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jyanchunis@forthepeople.com
rsoffin@forthepeople.com
jcohen@forthepeople.com

Joel R. Rhine (NC Bar No. 16028)
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062
Email: jrr@rhinelawfirm.com
Jonathan Shub (PA Bar No. 53965)

**SEEGER WEISS LLP**
1515 Market Street
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029
jshub@seegerweiss.com
Raymond P. Boucher (CA Bar No. 115364)
Shehnaz M. Bhujwala (CA Bar No. 223484)

**BOUCHER LLP**
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367
Telephone: (818) 340-5400
Facsimile: (818) 340-5401
ray@boucher.la
bhujwala@boucher.la

*Attorneys for Plaintiff*