# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: LUMBER LIQUIDATORS FLOORING PRODUCTS MARKETING & SALES PRACTICE LITIGATION | : : : : | MDL NO. 2627 |

## NOTICE OF RELATED ACTION

In compliance with 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Patty Irving and Stacy Hahlen write to notify you of the related action listed on the attached Schedule of Action.

A docket sheet and complaint is attached.

Dated this 20th day of March, 2015

Respectfully submitted,

**Casey Gerry Schenk Francavilla Blatt & Penfield, LLP**
By: /s/Gayle M. Blatt
Gayle M. Blatt, Esq.
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
*gmb@cglaw.com*

Counsel for Plaintiffs Patty Irving and Stacy Hahlen