**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

_____
IN RE: LUMBER LIQUIDATORS FLOORING : MDL NO. 2627
PRODUCTS MARKETING & SALES :
PRACTICE LITIGATION :
_____

**SCHEDULE OF ACTION**

| | PLAINTIFF | DEFENDANT | DISTRICT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|---|---|
| 1. | Patty Irving and Stacy Hahlen | Lumber Liquidators, Inc. | N.D. California | 4:15-cv-01235 | Magistrate Judge Kandis A. Westmore |