**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

_____
IN RE: LUMBER LIQUIDATORS FLOORING        :        MDL NO. 2627
PRODUCTS MARKETING & SALES                       :
PRACTICE LITIGATION                                           :
_____

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Action were served on all parties electronically via ECF for as indicated below.

Dated this 20th day of March, 2015             Respectfully submitted,

**Casey Gerry Schenk
Francavilla Blatt & Penfield, LLP**
By: /s/Gayle M. Blatt
Gayle M. Blatt, Esq.
110 Laurel Street
San Diego, CA 92101
Telephone:    (619) 238-1811
Facsimile:    (619) 544-9232
*gmb@cglaw.com*

Counsel for Plaintiffs Patty Irving and Stacy Hahlen

78                                                     -1-