**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

_____

| IN RE: LUMBER LIQUIDATORS FLOORING | : | MDL NO. 2627 |
| PRODUCTS MARKETING & SALES | : | |
| PRACTICE LITIGATION | : | |

_____

**PROOF OF SERVICE (amended)**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Action were served on all parties electronically via ECF for as indicated below.

Lumber Liquidators, Inc.:  Service via U.S. Mail
Through Agent for Service
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Dated this 20th day of March, 2015           Respectfully submitted,

**Casey Gerry Schenk
Francavilla Blatt & Penfield, LLP**
By: /s/Gayle M. Blatt
Gayle M. Blatt, Esq.
110 Laurel Street
San Diego, CA 92101
Telephone:   (619) 238-1811
Facsimile:    (619) 544-9232
*gmb@cglaw.com*

Counsel for Plaintiffs Patty Irving and Stacy Hahlen