BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS ) | |
| FLOORING PRODUCTS MARKETING ) | MDL Docket No. 2627 |
| AND SALES PRACTICES LITIGATION ) | |
| ) | ECF Filing |

**<u>INTERESTED PARTY RESPONSE OF PLAINTIFFS SALIL PRASAD, BRYAN COATS, CASSIE ERGA, SHAWN GINN, MICHAEL BAILEY, TERRY VIETZ, AND JACQUELINE VIETZ IN SUPPORT OF MOTION FOR CONSOLIDATION AND TRANSFER UNDER 28 U.S.C. §1407</u>**

Interested Parties Salil Prasad, plaintiff in *Prasad v. Lumber Liquidators, Inc.*, No. 4:15-cv-01315 (N.D. Cal., filed Mar. 20, 2015) (Judge Jon S. Tigard); Bryan Coats, Cassie Erga, and Shawn Ginn, plaintiffs in *Coats, et al. v. Lumber Liquidators, Inc*., No. 2:15-CV-00515 (E.D. Cal, filed Mar. 6, 2015) (Judge William B. Shubb); and Michael Bailey, Terry Vietz, and Jacqueline Vietz, plaintiffs in *Bailey, et al. v. Lumber Liquidators, Inc.*, No. 2:15-CV-00430 (W.D. Wash., filed Mar. 19, 2015) (Judge Richard A. Jones), respectfully submit this response in support of Plaintiffs Shelly Conte's, Mark Reyes', and Daniel Tacktill's Motion for Transfer of Actions to the Northern District of California for Consolidation of All Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, filed Mar 9, 2015 (JPML Dkt. No. 1-1, "Motion").

## I. ARGUMENT

As explained in the Motion[1], consolidation is appropriate because there are multiple common questions of fact, and it will eliminate duplication of discovery, avoid conflicting rules and schedules, reduce litigation costs for all parties involved, and conserve the time and efforts of the parties, attorneys, witnesses and courts. In this potential multi-district litigation, the Northern District of California is the most appropriate transferee district because the largest

---

[1] The Interested Parties adopt the reasoning of the Memorandum in Support of the Motion.

1

number of related cases is pending there, the case centers on California facts and law, and the district is a convenient venue for the parties.

**A.      Consolidation of the Cases is Appropriate**

Consolidation of multiple federal civil actions is appropriate when the actions involve common questions of fact, and transfer of all actions to a single court for consolidated pretrial proceedings would "be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a). Here, consolidation of the related actions is appropriate under § 1407 because all of the cases propose a similar or identical class asserting similar or identical claims arising from Defendant's laminate flooring.

Furthermore, consolidation of these actions for pre-trial proceedings will promote judicial efficiency, avoid duplicative discovery, and prevent inconsistent rulings on facts specific to the various actions. *See In re: Supervalu, Inc.*, *Customer Data Sec. Breach Litig.* MDL No. 2586, 2014 WL 7263354, *1 (J.P.M.L. Dec. 16, 2014) (finding common questions of fact in a data breach case weighed in favor of consolidation and centralization). With the exception of *Balero et al. v. Lumber Liquidators, Inc.,* No. 3:15-cv-010005-JST (N.D. Cal), the cases are in the initial stage of litigation. Consolidation of all related actions at this early stage will indeed avoid the risk of any disparate or duplicative rulings.

**B.      The Northern District of California is the Most Appropriate Venue for Transfer and Consolidation of all Actions.**

The Interested Parties agree that the Northern District of California is the appropriate venue for consolidation of the cases.

First, fourteen of the more than 70 related Lumber Liquidators cases have been filed in the Northern District of California, far more than any other district. *See Multidistrict Litig. Man.* § 6:3 (2014) (Panel often transfers to a "state where a large number of related cases are

pending"); *Id*. at § 6.8 ("The venue of actions pending and subject to transfer by the Panel is a very important factor in determining where the Panel may transfer actions in any given case.").

Second, as explained in the Motion, this matter involves issues of California law; *i.e.*, whether Lumber Liquidators' laminate product complies with the regulations of the California Air Resources Board. In addition, Lumber Liquidators has more stores in California (39) than in any other state. Lumber Liquidators, *Store Locator*, http://www.lumberliquidators.com/ll/storelocator (last visited Mar. 26, 2015).

Third, the Northern District, which has extensive experience with handling cases such as this, is a convenient forum. The San Francisco International Airport is one of the nation's largest, with nonstop flights to 105 domestic and international cities. SFO, *Welcome to SFO*, *available at* http://media.flysfo.com.s3.amazonaws.com/pdf/about/brochures/sfowelcomebrochure.pdf (last visited Mar. 30, 2015). It is also the transpacific hub for international carrier United Airlines. United Airlines, *Airport Fact Sheet: San Francisco International Airport*, http://newsroom.unitedcontinentalholdings.com/index.php?s=20306&item=29969 (last visited Mar. 30, 2015). In addition, the nearby Oakland and San Jose international airports are each serviced by 11 domestic and international air carriers. Oakland International Airport, *Statistics*, *available at* http://www.oaklandairport.com/airport_stats_facilities.shtml (last visited Mar. 30, 2015); San Jose International Airport, *SJC Fast Facts*, *available at* http://www.flysanjose.com/fl/about.php?page=newsroom/fast_facts&subtitle=Newsroom+|+Fast+Facts (last visited Mar. 30, 2015). That will reduce expenses for counsel, parties, and witnesses.

Taken together these factors support the transfer of all related matters to the Northern District of California for consolidation of pre-trial proceedings.

## II. CONCLUSION

For the foregoing reasons, the Interested Parties support the consolidation of all related actions and transfer to the Northern District of California.

RESPECTFULLY SUBMITTED this 31st day of March, 2015.

**KELLER ROHRBACK L.L.P.**

By: */s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko
Gretchen Freeman Cappio
Dean Kawamoto
Daniel P. Mensher
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
dkawamoto@kellerrohrback.com
dmensher@kellerrohrback.com

Matthew Preusch
Khesraw Karmand
1129 State Street, Suite 8
Santa Barbara, CA 93103-6760
Tel: (805) 456-1496
Fax: (805) 456-1497
mpreusch@kellerrohrback.com
kkarmand@kellerrohrback.com

*Attorneys for Plaintiffs*